Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
FENNEMORE CRAIG, P.C.
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228   Fax: 775-788-2229
*lhart@fclaw.com; jtennert@fclaw.com*

(*Pro Hac Vice* to be submitted)
Asim Varma, Esq.
Howard N. Cayne, Esq.
Michael A.F. Johnson, Esq.
ARNOLD & PORTER LLP
555 12th Street NW
Washington, DC 20004
Tel: (202) 942-5000   Fax: (202) 942-5999
*Asim.Varma@aporter.com; hcayne@aporter.com; Michael.Johnson@aporter.com;*

Attorneys for Proposed Intervenor Federal Housing Finance Agency

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LN MANAGEMENT LLC SERIES 5271 LINDELL,<br><br>　　　　　　　Plaintiff,<br>　　v.<br>ESTATE OF ANNE PIACENTINI, an individual; FEDERAL NATIONAL MORTGAGE ASSOCIATION; STATE OF NEVADA, Department of Health and Human Services, Division of Health Care Financing and Policy; and DOES 1 through 10, inclusive,<br>　　　　　　　Defendants. | CASE NO.  2:15-cv-00131-JAD-NJK<br><br>**STIPULATION TO ENTRY OF ORDER AND ORDER PERMITTING FEDERAL HOUSING FINANCE AGENCY TO INTERVENE AS CONSERVATOR OF THE FEDERAL NATIONAL MORTGAGE ASSOCIATION** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br>　　　　　　　Counterclaimant,<br>　　v.<br>LN MANAGEMENT LLC SERIES 5271 LINDELL, a Nevada LLC; THE KEYS CONDOMINIUM ASSOCIATION, a Nevada non-profit corporation; DOES 1 through 10, inclusive; ROES Business Entities 1 through 10, inclusive,<br>　　　　　　　Counter-Defendants. | |

1. The Federal Housing Finance Agency ("FHFA" or "Conservator"), as Conservator for Defendant Federal National Mortgage Association ("Fannie Mae"), seeks to intervene in the above-captioned action pursuant to 12 U.S.C. § 4617(b)(2)(A)(i) and Fed. R. Civ. P. 24.

2. On September 6, 2008, FHFA's Director appointed the FHFA Conservator of Fannie Mae and the Federal Home Loan Mortgage Corporation in accordance with the Housing and Economic Recovery Act of 2008, Pub. L. 110-289, 122 Stat. 2654 (codified at 12 U.S.C.§ 4617) ("HERA"), and the Federal Housing Enterprises Financial Safety and Soundness Act of 1992 (12 U.S.C. § 4501, et. seq.).

3. The FHFA, as Conservator, has succeeded to "all rights, titles, powers, and privileges" of Fannie Mae, including its right to sue and be sued in the federal courts. *See* 12 U.S.C. § 4617(b)(2)(A)(i).

4. Accordingly, FHFA has an unconditional federal statutory right to intervene in this matter, *see* Fed. R. Civ. P. 24(a)(1), and to assert its interests in a manner consistent with the Conservator's powers and duties.

5. Pursuant to Fed. R. Civ. P. 24(c), FHFA attaches as Exhibit A its intended Answer.

**STIPULATION**

FHFA and Plaintiff LN Management LLC Series 5271 Lindell, through their attorneys of record, hereby stipulate and request that the Court make this stipulation an order of the Court:

///

///

///

///

///

///

The FHFA shall be permitted to intervene in the above-referenced action pursuant to 12 U.S.C. § 4617(b)(2)(A)(i) and Fed. R. Civ. P. 24.

DATED this 13th day of February, 2015.

| | |
|---|---|
| By: /s/ *Kerry Faughman*<br>Kerry Faughman, Esq.<br>Nevada Bar No. 12204<br>P.O.Box 335361<br>North Las Vegas, NV 89086<br>Tel. 702-301-3096<br>Fax. 702-331-4222<br>*Attorneys for Plaintiff LN Management LLC Series 2543 Citrus Garden*<br><br>By: /s/ *Colt B. Dodrill*<br>Colt B. Dodrill, Esq.<br>Nevada Bar No. 9000<br>WOLFE & WYMAN LLP<br>980 Kelly Johnson Drive, Ste 140<br>Las Vegas, Nevada 89119<br>Tel: (702) 476-0100<br>Fax: (702) 476-0101<br>cbdodrill@wolfewyman.com<br>*Attorneys for Federal National Mortgage Association* | FENNEMORE CRAIG, P.C.<br><br>By:   /s/  *Leslie Bryan Hart*<br>Leslie Bryan Hart, Esq. (SBN 4932)<br>John D. Tennert, Esq. (SBN 11728)<br>300 E. Second St., Suite 1510<br>Reno, Nevada 89501<br>Tel: 775-788-2228   Fax: 775-788-2229<br>*lhart@fclaw.com;  jtennert@fclaw.com*<br><br>and<br><br>(*Pro Hac Vice* to be submitted)<br>ARNOLD & PORTER LLP<br>Asim Varma, Esq.<br>Howard N. Cayne, Esq.<br>Michael A.F. Johnson, Esq.<br>555 12th Street NW<br>Washington, DC 20004<br>Tel:(202) 942-5000 Fax: (202)942-5999<br>*Asim.Varma@aporter.com;*<br>*hcayne@aporter.com;*<br>*Michael.Johnson@aporter.com;*<br><br>Attorneys for Proposed Intervenor Federal Housing Financing Agency |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: __February 17, 2015_____

10061392.1/038236.0001