# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LN MANAGEMENT LLC SERIES 5271 LINDELL,<br><br>               Plaintiff(s),<br>vs.<br><br>ESTATE OF ANNE PIACENTINI, et al.,<br><br>               Defendant(s). | Case No. 2:15-cv-00131-JAD-NJK<br><br>ORDER GRANTING JOINT MOTION TO STAY DISCOVERY<br><br>(Docket No. 29) |

Pending before the Court is a joint motion to stay discovery pending resolution of the motion for summary judgment filed at Docket No. 26. *See* Docket No. 29. The Court has considered the joint motion in light of the goals of Rule 1 to "secure the just, speedy, and inexpensive" determination of all cases. For good cause shown, the motion to stay is hereby **GRANTED**. In the event resolution of the above motion for summary judgment does not result in the disposition of this case, the parties shall file a joint discovery plan within seven days of the issuance of the order resolving that motion.

IT IS SO ORDERED.

DATED: March 25, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge