**COLT B. DODRILL, ESQ.**
Nevada Bar No. 9000
**RICHARD G. VERLANDER, ESQ.**
Nevada Bar No. 12887
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV  89119
Tel: (702) 476-0100
Fax: (702) 476-0101
cbdodrill@wolfewyman.com
rgverlander@wolfewyman.com

**Attorneys for Defendant/Counterclaimant,
FEDERAL NATIONAL MORTGAGE
ASSOCIATION**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LN MANAGEMENT LLC SERIES 5271 LINDELL,<br><br>　　　　Plaintiff,<br>v.<br><br>ESTATE OF ANNE PIACENTINI, an individual; FEDERAL NATIONAL MORTGAGE ASSOCIATION; STATE OF NEVADA, Department of Health and Human Services, Division of Health Care Financing and Policy; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants.<br><br>and<br><br>FEDERAL HOUSING FINANCE AGENCY, as Conservator for Federal National Mortgage Association,<br><br>　　　　Intervenor. | CASE NO. 2:15-cv-00131-JAD-NJK<br><br><br>**MOTION FOR CHANGE OF ATTORNEY DESIGNATION** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>　　　　Counterclaimant,<br><br>and<br><br>FEDERAL HOUSING FINANCE AGENCY, as Conservator for Federal National Mortgage Association, | |

1

2495477.1

1 | Intervenor.

2 | LN MANAGEMENT LLC SERIES 5271 LINDELL, a Nevada LLC; THE KEYS CONDOMINIUM
3 | ASSOCIATION, a Nevada non-profit corporation; DOES 1 through 10, inclusive; ROES Business
4 | Entities 1 through 10, inclusive,

5 | Counter-Defendants.

**TO: THE HONORABLE COURT, AND TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Janet L. Merrill, Esq. from the firm of Wolfe & Wyman LLP is no longer counsel of record in the above-captioned matter and should be removed from all further notices.  The new attorney to be added and noticed of all further filings and hearings is as follows:

**Richard G. Verlander (Nevada Bar No. 12887)**
**rgverlander@wolfewyman.com**

DATED:  July 26, 2016                WOLFE & WYMAN LLP


By:*/s/ Colt B. Dodrill*
   COLT B. DODRILL, ESQ.
   Nevada Bar No. 9000
   RICHARD G. VERLANDER, ESQ.
   Nevada Bar No. 12887
   6757 Spencer Street
   Las Vegas, NV  89119

   *Attorneys for Defendant/Counterclaimant,*
   ***FEDERAL NATIONAL MORTGAGE ASSOCIATION***

IT IS SO ORDERED.

Dated: July 27, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge

2

2495477.1

**CERTIFICATE OF SERVICE**

On July 26, 2016, I served the **MOTION FOR CHANGE OF ATTORNEY DESIGNATION** by the following means to the persons as listed below:

   X      a.     ECF System (you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary):

Asim Varma    Asim_Varma@aporter.com

Howard Cayne    howard.cayne@aporter.com

John D. Tennert    jtennert@fclaw.com, pcarmon@fclaw.com

Kerry P. Faughnan    kerry.faughnan@gmail.com, filings@docprep.info

Leslie Bryan Hart    lhart@fclaw.com, pcarmon@fclaw.com

Michael A.F. Johnson    michael.johnson@aporter.com

Sean Anderson    sanderson@leachjohnson.com

Ryan D Hastings    rhastings@leachjohnson.com, chernandez@leachjohnson.com, rcallaway@leachjohnson.com

           b.     United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

By: */s/ Lucille Chiusano*
     Lucille Chiusano
     An employee of WOLFE & WYMAN LLP

1

2495477.1